**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Sonja Demetrice Clair, Debtor                Case No. 19-03348-KMS
                                                        Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13**
**DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Sonja Demetrice Clair**                                    **04-17-2025**
         Sonja Demetrice Clair                                               Date


**/s/ Thomas C. Rollins, Jr.**  _                                        **04-18-2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                                Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |


**CERTIFICATE OF SERVICE**

    On April 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                         **/s/ Thomas C. Rollins, Jr.**
                                         Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>SONJA DEMETRICE CLAIR | CASE NO: 19-03348-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 19-03348-KMS |
| SONJA DEMETRICE CLAIR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/18/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 19-03348-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI APR 18 9-8-2 PST 2025 | ~~(U)FIRST TOWER LOAN LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | ANFERNEE CLAIR<br>250 MARR ST<br>BROOKHAVEN MS 39601-3550 | BROOKHAVEN RADIOLOGY PLLC<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO MS 38803-3910 |
| COMENITY BANKGOODYS<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKGOODYS<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | EXPRESS CHECK ADVANCE<br>205 A HWY 51 N<br>BROOKHAVEN MS 39601-2653 | EXPRESS CHECK ADVANCE<br>CO PURPOSE FINANCIAL INC<br>PO BOX 3058<br>SPARTANBURG SC 29304-3058 |
| FAMILY CHECK ADVANCE<br>210 HWY 51 N<br>STE A<br>BROOKHAVEN MS 39601-2654 | FEDLOAN SERVICING<br>POB 60610<br>HARRISBURG PA 17106-0610 | FIRST TOWER LOAN LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| FRANKLIN COLLECTION SE<br>2978 W JACKSON ST<br>TUPELO MS 38801-6731 | GOODYS<br>PO BOX 659465<br>SAN ANTONIO TX 78265-9465 | ~~EXCLUDE~~<br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ |
| (P)KDMC PHYSICIAN CLINICS LLC<br>PO BOX 5440<br>BROOKHAVEN MS 39603-5440 | KINGS DAUGHTERS MEDICAL CENTER<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO MS 38803-3910 | KINGS DAUGHTERS MEDICAL CTR<br>PO BOX 5440<br>BROOKHAVEN MS 39603-5440 |
| MERRICK BANKCARDWORKS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MERRICK BANKCARDWORKS<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MISSISSIPPI TITLE LOAN<br>610 E MONTICELLO ST<br>BROOKHAVEN MS 39601-3435 |
| MISSISSIPPI TITLE LOANS INC<br>CO BANKRUPTCYLEGAL DEPARTMENT<br>8601 DUNWOODY PLACE STE 406<br>ATLANTA GA 30350-2550 | NAVIENT SOLUTIONS LLC ON BEHALF OF<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUICK CASH<br>958 BROOKWAY BLVD<br>BROOKHAVEN   MS 39601-2608 | REPUBLIC FINANCE<br>PO BOX 263<br>BROOKHAVEN   MS 39602-0263 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SOUTHWEST HOSPITAL<br>PO BOX 1307<br>MCCOMB   MS 39649-1307 | SOUTHWEST MISSISSIPPI REGIONAL MEDICAL<br>CENTE<br>POBOX 1307<br>MCCOMB   MS 39649-1307 | STATE BANK   TRUST COMPANY<br>P O BOX 8287<br>GREENWOOD   MS 38935-8287 |
| TILLMAN FURNITURE<br>565 HWY 51 N<br>BROOKHAVEN   MS 39601-2385 | TOWER LOAN<br>506 SCHWEN AVE<br>BROOKHAVEN   MS 39601-2748 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ |
| ADVANCE AMERICA<br>CO PURPOSE FINANCIAL<br>SPARTANBURG   SC 29304 UNITED STATES | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | EXPRESS CHECK ADVANCE OF MS<br>CHECK ADVANCE OF MS<br>CO PURPOSE FINANCIAL<br>PO BOX 3058<br>SPARTANBURG   SC 29304-3058 |
| DEBTOR<br>SONJA DEMETRICE CLAIR<br>250 MARR ST<br>BROOKHAVEN   MS 39601-3550 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM   PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON   MS 39236-3767~~ | |