United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 19-03348-KMS
Sonja Demetrice Clair Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: May 13, 2025 Form ID: 3180W Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonja Demetrice Clair, 250 Marr St, Brookhaven, MS 39601-3550 |
| cr | | Advance America, c/o Purpose Financial, Spartanburg, SC 29304, UNITED STATES |
| 4767095 | + | Anfernee Clair, 250 Marr St, Brookhaven, MS 39601-3550 |
| 4767101 | + | Family Check Advance, 210 Hwy 51 N, Ste A, Brookhaven, MS 39601-2654 |
| 4767102 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 4774966 | ++ | KDMC PHYSICIAN CLINICS LLC, PO BOX 5440, BROOKHAVEN MS 39603-5440 address filed with court:, KDMC Physician Clinics LLC, 601 Brookman Drive Ext Suite A, Brookhaven MS 39601 |
| 4767106 | + | Kings Daughters Medical Ctr, P.O. Box 5440, Brookhaven, MS 39603-5440 |
| 4767109 | + | Mississippi Title Loan, 610 E Monticello St, Brookhaven, MS 39601-3435 |
| 4767111 | + | Quick Cash, 958 Brookway Blvd, Brookhaven, MS 39601-2608 |
| 4767113 | + | Southwest Hospital, P.O. Box 1307, McComb, MS 39649-1307 |
| 4785299 | + | Southwest Mississippi Regional Medical Center, P.O.Box 1307, McComb, Ms 39649-1307 |
| 4767114 | + | State Bank & Trust Company, P O box 8287, Greenwood, MS 38935-8287 |
| 4767115 | + | Tillman Furniture, 565 Hwy 51 N, Brookhaven, MS 39601-2385 |
| 4767116 | + | Tower Loan, 506 Schwen Ave., Brookhaven, MS 39601-2748 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@teampurpose.com | May 13 2025 19:32:00 | Express Check Advance of MS, Check Advance of MS, c/o Purpose Financial, PO Box 3058, Spartanburg, SC 29304, UNITED STATES 29304-3058 |
| 4767105 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 13 2025 19:32:00 | Honda Financial, P.O. Box 1844, Alpharetta, GA 30023 |
| 4773190 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 13 2025 19:32:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4783316 | + | Email/Text: FSBank@franklinservice.com | May 13 2025 19:31:00 | Brookhaven Radiology PLLC, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 4767097 | + | EDI: WFNNB.COM | May 13 2025 23:29:00 | Comenity Bank/Goodys, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4767096 | + | EDI: WFNNB.COM | May 13 2025 23:29:00 | Comenity Bank/Goodys, Po Box 182789, Columbus, OH 43218-2789 |
| 4767099 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2025 19:31:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4767098 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2025 19:31:29 | Credit One Bank, Po Box 98872, Las Vegas, NV |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 4767100 | + | Email/Text: bnc@teampurpose.com | May 13 2025 19:32:00 | Express Check Advance, 205 A Hwy 51 N, Brookhaven, MS 39601-2653 |
| 4777714 | + | Email/Text: bnc@teampurpose.com | May 13 2025 19:32:00 | Express Check Advance, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 4790185 | + | Email/Text: bankruptcy@towerloan.com | May 13 2025 19:31:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4767103 | + | Email/Text: FSBank@franklinservice.com | May 13 2025 19:31:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4767104 | | EDI: WFNNB.COM | May 13 2025 23:29:00 | Goody's, PO Box 659465, San Antonio, TX 78265-9465 |
| 4774966 | | Email/Text: rbrooks@kdmc.org | May 13 2025 19:32:00 | KDMC Physician Clinics LLC, 601 Brookman Drive Ext Suite A, Brookhaven MS 39601 |
| 4783319 | + | Email/Text: FSBank@franklinservice.com | May 13 2025 19:31:00 | Kings Daughters Medical Center, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 4767107 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 13 2025 19:31:23 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4767108 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 13 2025 19:31:26 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4840325 | + | Email/Text: bankruptcy_department@clacorp.com | May 13 2025 19:32:00 | Mississippi Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 4781510 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 13 2025 19:24:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 4767110 | + | Email/PDF: bankruptcy_prod@navient.com | May 13 2025 19:31:22 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4773524 | | Email/Text: bankruptcy@republicfinance.com | May 13 2025 19:32:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIRST TOWER LOAN LLC |
| 4767112 | ## | Republic Finance, PO Box 263, Brookhaven, MS 39602-0263 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025          Signature:     /s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Rebecca Guion Burton | on behalf of Creditor FIRST TOWER LOAN LLC gburton@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonja Demetrice Clair trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| *Information to identify the case:* | | |
| Debtor 1 | **Sonja Demetrice Clair** | Social Security number or ITIN   xxx−xx−7521 |
| | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **19−03348−KMS** | | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Sonja Demetrice Clair**

Dated: 5/13/25      **By the court:**      /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**